IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:21-CR-00288-01-DGK |
| MATTHEW L. SPANN, | ) ) | |
| Defendant. | ) ) | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

On July 21, 2023, the Honorable Magistrate Judge Lajuana M. Counts held a competency hearing. ECF No. 25. Now before the Court is Judge Counts' report and recommendation that Defendant Matthew L. Spann is competent to stand trial. ECF No. 23. After an independent, de novo review of the record and applicable law, the Court ADOPTS the report and recommendation in its entirety, and the Court finds that Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

IT IS SO ORDERED.

Date: September 6, 2023  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT