# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 21-00288-01-CR-W-DGK |
| MATTHEW L. SPANN, | ) |
| Defendant. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On December 14, 2021, the Grand Jury returned a one-count Indictment charging Defendant Matthew L. Spann with being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
　　Government: William A. Alford, III and Jessica Jennings
　　　　Case Agent: Detective Adam Hill
　　Defense: Carie Allen
　　　　Investigator: Mark Wolpink

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
　　Government: 3 with stipulations; 5 without stipulations
　　Defendant: 2 witnesses, including the Defendant

**TRIAL EXHIBITS:**
　　Government: approximately 50 exhibits
　　Defendant: approximately 10 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
　　(X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 1½ to 2 days total**

Government's case including jury selection: 1½ days
Defendant: ½ day

**STIPULATIONS**: None at this time. The Government has proposed stipulations as to prior felony and interstate nexus. Defense is discussing the stipulations.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: None filed. **Due on or before March 4, 2025.**
Defendant: None filed. **Due on or before March 4, 2025**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before March 13, 2025.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before March 13, 2025.**

**TRIAL SETTING**: Criminal jury trial docket set for March 17, 2025.

**Please note:** The Government is requesting the second week as counsel for the Government and an expert witness are both unavailable the first week. Defense counsel joins in the request for the second week.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE